# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MARTIN CRUETZ, BONNIE COGSWELL, PHYLLIS RICE, KATHY VALENTINE, and TIFFANY CALLAHAN II, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARESPRING HEALTH CARE MANAGEMENT, LLC,<br><br>Defendant. | Case No.: 1:24-cv-00447<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>District Judge Jeffrey P. Hopkins |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismisses without prejudice as to Defendant Carespring Health Care Management, LLC. Each party is to bear its own costs, attorneys' fees, and expenses.

Dated: August 26, 2025

Respectfully Submitted,

By: /s/ *Philip J. Krzeski*
Philip J. Krzeski (#0095713)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S., Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 339-2940
*pkrzeski@chestnutcambronne.com*

*Attorney for Plaintiff*

1